**RECEIVED**

JUN 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Robbie J. Moore

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Rod Blagojevich

Roger E. Walker, Jr.

~~Guy Pierce~~

Terry L. McCann

Eddy Jones

Guy Pierce

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

08CV 3201
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

Case No: _____
(To be supplied by the Clerk of this Court)

**CHECK ONE ONLY:**

  X      COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I. **Plaintiff(s):**

A. Name: Robbie J. Moore

B. List all aliases: _____

C. Prisoner identification number: B-16483

D. Place of present confinement: Pontiac C. C.

E. Address: P.O. Box 99, Pontiac, IL. 61764

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Rod Blagojevich

   Title: Govener

   Place of Employment: Springfield

B. Defendant: Roger E. Walker Jr.

   Title: Director (of I.D.O.C.)

   Place of Employment: Springfield

C. Defendant: Terry L. McCann

   Title: Warden

   Place of Employment: Stateville C. C.

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Defendant: Eddie Jones

Title: Warden

Place of Employmen: Pontiac C.C.


Defendant: Guy Pierce

Title: Warden

Place of Employment: (at this time unknown, was at Pontiac C.C.)

(3B)

III.  **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A.    Name of case and docket number: _____

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D.    List all defendants: _____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.    Name of judge to whom case was assigned: _____

    G.    Basic claim made: _____

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1) The Defendant Rod Blagojevich is discriminating against the Plaintiff(s) concerning the Clean Air Act. American people are allowed to smoke while in thier dwellings yet those of us whom are incarsirated here in Illinois Correctional Centers are NOT allowed to smoke while in our cells (which are our dwellings).

2) Defendant Roger E. Walker Jr. delibertly violates the Plaintiff's Constitutional and Civil Rights by

A) Not preforming his duties as Director of I.D.O.C.

B) Allowing the Wardens (all of them) to Violate the Rights of the Inmates.

C) Allowed the Plaintiff to be transfered while having A Federal Habeas Corpus.

3)
4) Defendant Terry McCann deliberty violated the Plaintiff's Constitutional and Civil Rights by breach of agreement of Lewis v. Washington

C) Not providing adiquate Health Care.
D) Not allowing the Plaintiff a safe invirement.
E) Violating Fire and Health Codes by putting paddlelocks on the Sell doors of X-House P.C.

4) Stateville Nor Pontiac provide Religous Services for the Plaintiff merely because he Practices A Non Mainstream Belief (like Christianity). The Plaintiff is A Practicing Pagan (Celtic Druid) and no Prison in the State of Illinois provide Service (or Gatherings) for celtic Druids, Wiccans, and Satanists. Therefor we are discriminated against just because we aren't Christian, Cathlic, Muslem, etc.

5) The Plaintiff is Taxed and or over charged for Commissary items, by all Prisons.

6) Wardens punish all inmate who are placed in Segrigation by taking our $10.00 State Pay. State Pay is not a priblage it is a Right and when it is taken from the Plaintiff this denies him his Stationary items and hygene products thus is a Cruel and Unusual Punishment.

7) Rod Blagojevich allowed the Plaintiff to be falsely Convicted twice and does nothing to fix the Political System of Illinois when he knows that the System is corupt.

8) Terry McCann violates the Health codes by allowing the Kitchen, Diningroom, and Cellhouses to possess vermin of various sorts.

9) Eddy Jones violates the Plaintiffs Rights by forcing him to have visits in a Visiting Room set up for Segrigation and the Plaintiff is Not in Seg.

10) Eddy Jones allowes the Commissary Officers to over charge and or Tax the Plaintiff.

(5B)

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Payment of Monetary, Punitive, Compensatory, and Nominal Damages in the Sum of $10,000,000.00

Order a Restraining Order against the Defendants and Order the Plaitiff to be transpered to Big Muddy C.C. as soon as possible.

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 21st day of May, 2008

Robbie J. Moore
(Signature of plaintiff or plaintiffs)

Robbie J. Moore
(Print name)

B-16483
(I.D. Number)

Pontiac C.C.
P.O. Box 99
Pontiac, IL. 61764
(Address)

6

Revised 9/2007