**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**FILED**
JUN 03 2008
Jun 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Plaintiff(s):** ROBBIE J. MOORE

**Defendant(s):** ROD BLAGOJEVICH, et al.

**County of Residence:** LIVINGSTON

**County of Residence:**

**Plaintiff's Address:**
Robbie J. Moore
B-16483
Pontiac - PON
P.O. Box 99
Pontiac IL 61764

**Defendant's Attorney:**
Illinois Department of Corrections
100 West Randolph, Suite 4-200
Chicago, IL 60601

**Basis of Jurisdiction:**
☐ 1. U.S. Government Plaintiff
☑ 3. Federal Question (U.S. gov't. not a party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

08CV 3201
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

**Origin:**
☑ 1. Original Proceeding
☐ 2. Removed From State Court
☐ 3. Remanded From Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred From Other District
☐ 6. MultiDistrict Litigation
☐ 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** ☑ Yes   ☐ No

**Signature:** A. E. Woodham   **Date:** 06/03/2008
Darrah   08C686
Denlow